679 A.2d 1205

IN THE MATTER OF THEODORE J. SEGAL,
AN ATTORNEY AT LAW.

August 20, 1996.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **THEODORE J. SEGAL** of **PHOENIX, ARIZONA,** who was admitted to the bar of this State in 1972, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **THEODORE J. SEGAL** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **THEODORE J. SE-GAL** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **THEODORE J. SEGAL** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.